# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D14-1638
_____

SHANNON BARRY STABLER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Ross M. Goodman, Judge.

April 5, 2018

OPINION ON REMAND FROM THE FLORIDA SUPREME COURT

PER CURIAM.

REVERSED. *Carpenter v. State*, 228 So. 3d 535 (Fla. 2017).

B.L. THOMAS, C.J., and LEWIS and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Andy Thomas, Public Defender, Barbara J. Busharis, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, Kristen Lynn Bonjour, Assistant Attorney General, Tallahassee, for Appellee.